**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DARRELL DAVIS,

          Plaintiff(s),        CASE NUMBER: 07-14791
                                         HONORABLE VICTORIA A. ROBERTS

v.

MDOC, et al.,

          Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 27, 2007, Magistrate Judge Charles Binder submitted a Report and Recommendation ("R&R") **[Doc. 5]** recommending that the Court, *sua sponte*, dismiss *pro se* inmate Darrell Davis' complaint with prejudice for failure to state a claim upon which relief may be granted. The Magistrate found that the 42 U.S.C. §1983 claim against each Defendant fails as a matter of law either because 1) the Defendant is immune to suit, 2) Plaintiff failed assert any allegations against the Defendant, or 3) the allegations made do not support a constitutional claim. Plaintiff objected to the R&R **[Doc. 8]**, but failed to establish that the Magistrate erred in his assessment of Plaintiff's complaint. Therefore, the Court adopts the Magistrate Judge's Report and Recommendation. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

       IT IS ORDERED.

                                                  s/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: January 30, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Darrell Davis by electronic means or U.S. Mail on January 30, 2008.

s/Linda Vertriest
Deputy Clerk